**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No.  2:12-cr-004-JCM-GWF |
| vs. | ) | **ORDER** |
| SEALED 39, defendants, | ) | |
| Defendant. | ) | |

      This matter comes before the Court on Government's Ex Parte Motion to Partially Unseal the Indictment.  The Court previously granted the Government's request to partially unseal the Indictment. *See* # 82.  The Court now enters this order providing further direction on how this case will proceed on the partially sealed indictment.  This case shall proceed as follows:

      1.      The names of the Defendants who are redacted in the "Redacted Indictment" (#83) filed with the Court on March 6, 2012, shall be redacted from the CM/ECF docket sheet.  In place of the Defendant's name, the Clerk of the Court shall insert "Defendant" followed by the Defendant's number and the Defendant's unredacted AKA(s) as listed in the Indictment (#83).

      2.      The original Indictment (#1) shall remain sealed unless otherwise ordered by the Court.

      3.      The Clerk of the Court shall unseal this case.  All information and documents that are not sealed by the Court will be available for public access.

. . .

. . .

. . .

4. When a Defendant, whose identity theretofore has been redacted and under seal, makes his/her initial appearance before the Court, the Court will order that the Indictment (#1) be unsealed as to that Defendant. The United States shall then promptly file a revised redacted indictment consistent with the unsealing of that Defendant's identity.

**IT IS SO ORDERED.**

DATED this 23rd day of March, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge