UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>DEFENDANT 1, et al.<br><br>　　　　　　Defendants. | Case No. 2:12-CR-004-MMD-(GWF) |
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>OMAR BUTT, et al.<br><br>　　　　　　Defendants. | Case No. 2:12-CR-083-MMD-(GWF) |
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>THOMAS LAMB, et al.<br><br>　　　　　　Defendants. | Case No. 2:12-CR-084-MMD-(GWF) |
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>MICHAEL SAN CLEMENTE, et al.<br><br>　　　　　　Defendants. | Case No. 2:13-CR-120-APG-(GWF)<br><br>MOTION FOR LEAVE TO ALLOW THE COORDINATING DISCOVERY ATTORNEY TO FILE STATUS REPORTS ON CM/ECF |

2

Russell M. Aoki of Aoki Law PLLC, is the court-appointed Coordinating Discovery Attorney ("CDA"). As Coordinating Discovery Attorney, monthly status reports are submitted to the Court. The CDA requests this Court issue an order granting leave to file monthly status reports using the CM/ECF filing program.

Dated this 5th day of November, 2013.

                                           s/ *Russell M. Aoki*
                                           Russell M. Aoki, WSBA # 15717
                                           Coordinating Discovery Attorney
                                           Aoki Law PLLC
                                           720 Olive Way, Suite 1525
                                           Seattle, WA 98101
                                           Phone: (206) 624-1900
                                           Fax: (206) 442-4396
                                           russ@aokilaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>DEFENDANT 1, et al.<br><br>                    Defendants. | Case No.  2:12-CR-004-MMD-(GWF) |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>OMAR BUTT, et al.<br><br>                    Defendants. | Case No.  2:12-CR-083-MMD-(GWF) |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>THOMAS LAMB, et al.<br><br>                    Defendants. | Case No.  2:12-CR-084-MMD-(GWF) |
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>MICHAEL SAN CLEMENTE, et al.<br><br>                    Defendants. | Case No.  2:13-CR-120-APG-(GWF)<br><br>ORDER GRANTING LEAVE TO ALLOW THE COORDINATING DISCOVERY ATTORNEY TO FILE STATUS REPORTS ON CM/ECF |

1

THIS MATTER has come before this Court upon the request of the court-appointed Coordinating Discovery Attorney, Russell M. Aoki of Aoki Law PLLC, for an Order granting him leave to file his monthly status electronically on the Court's CM/ECF program. The direct electronic filing of Mr. Aoki's status report will reduce resources in distributing his monthly reports to the Court. Therefore, this Court hereby grants Mr. Aoki leave to file using the CM/ECF filing program and instructs the Court Clerk's Office to provide Mr. Aoki access for filing of his status reports.

DONE AND ORDERED at _Las Vegas_, Nevada this ___ day of November, 2013.

_____
The Honorable George Foley, Jr.
U.S. Magistrate Judge