# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:12-CR-0004-APG-GWF |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| DEFENDANT [1], et al., | ) | |
| Defendants. | ) | |

On October 18, 2013, the Government filed a Motion in Limine to Allow Expert Witness Testimony [Dkt. #449]. No Opposition has been filed. The Court has considered the Motion on its merits and finds that good cause exists to grant the motion in part. The proposed testimony appears to be relevant, reliable, helpful to the jury, more probative than prejudicial, and based on specialized knowledge and experience. The Government's Motion represents that FBI Supervisory Special Agent Keith Mularski is appropriately qualified, but offers no resume, affidavit or other evidence to support his qualifications. Agent Mularski will be permitted to testify as an expert pursuant to Federal Rule of Evidence 702, so long as sufficient foundation is offered at trial to qualify him as an expert.

DATED this 8th day of November, 2013.

**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**

1