DANIEL G. BOGDEN
United States Attorney
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-6418

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DEFENDANT 1, et. al,<br>　　　　　　Defendants. | 2:12-CR-0004-APG-GWF<br><br>**MOTION AND ORDER<br>TO UNSEAL** |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and KIMBERLY M. FRAYN, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order unsealing the INDICTMENT, doc. no. 1, in the above captioned matter. The Government submits that it is necessary for said document to be unsealed in light of the fact that the above captioned matter is proceeding to trial on November 18, 2013.

DATED: November 12, 2013.

　　　　　　　　　　　　　　　　　　　　　DANIEL G. BOGDEN
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　/s/ Kimberly M. Frayn
　　　　　　　　　　　　　　　　　　　　　KIMBERLY M. FRAYN
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

### CERTIFICATE OF SERVICE

　　I, Kimberly M. Frayn, hereby certify that I am an employee of the United States Attorney's Office for the District of Nevada and further certify that a copy of the foregoing motion was served electronically upon counsel for the defendant by the EM/ECF electronic system.

　　　　　　　　　　　　　　　　　　　　　/s/ Kimberly M. Frayn
　　　　　　　　　　　　　　　　　　　　　KIMBERLY M. FRAYN

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DEFENDANT 1, et. al,<br>　　　　　　　Defendants. | 2:12-CR-0004-APG-GWF<br><br>**MOTION AND ORDER<br>TO UNSEAL** |

　　Based on Government's Motion to Unseal the INDICTMENT, doc. no. 1, in the above-captioned matter and good cause appearing, therefore

　　IT IS SO ORDERED that the INDICTMENT, doc. no. 1, shall be unsealed.

　　DATED this 13 day of NOVEMBER, 2013.

　　　　　　　　　　　　　_/s/ George Foley Jr._
　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　United States Magistrate Judge