DANIEL G. BOGDEN
United States Attorney
DANIEL SCHIESS
Chief, Criminal Division
Assistant United States Attorney
333 Las Vegas Blvd., South #5000
Las Vegas, Nevada 89101
(702) 388-6336 (Telephone)
(702) 388-6418 (Fax)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-0004-APG-GWF |
| Plaintiff, | MOTION UNDER LR IA 10.3 FOR DEPARTMENT OF JUSTICE TRIAL ATTORNEY TO APPEAR IN THIS COURT ON BEHALF OF THE UNITED STATES |
| v. | |
| JORDAN GEORGIEVSKI, et al., | |
| Defendants. | **ORDER** |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and DANIEL SCHIESS, Chief, Criminal Division, Assistant United States Attorney, respectfully moves for United States Department of Justice, Organized Crime and Gang Section, Trial Attorney Jennifer Sykes to be permitted to appear in this Court in the above captioned case under LR IA 10.3. Ms. Sykes is a member in good standing of the Virginia State Bar, number 84520. In addition, she is employed by the United States as an attorney, and in the course and

///

///

///

scope of her employment has occasion to appear in this Court on behalf of the United States.

Dated this 8TH day, July 2015

DANIEL G. BOGDEN
United States Attorney

/s/ Daniel Schiess
DANIEL SCHIESS
Chief, Criminal Division
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: July 8, 2015.

_____
UNITED STATES DISTRICT JUDGE