# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>THOMAS LAMB,<br><br>          Defendant. | Case Nos.: 2:12-cr-00084-APG-GWF<br>                 2:12-cr-00004-APG-GWF<br><br>**ORDER** |

Defendant Thomas Lamb having been sentenced on October 29, 2015, **IT IS HEREBY ORDERED** that attorney Karen Winkler, Esq. is relieved of her responsibilities to serve as lead defense attorney for purposes of coordinating discovery in the above-entitled cases.

DATED this 29th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge