STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
CHAD W. MCHENRY
Assistant United States Attorney
District of Nevada
CATHERINE DICK
Trial Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Chad.W.McHenry@usdoj.gov
Catherine.Dick@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | Case No. 2:12-cr-4-APG-GWF |
| Plaintiff, | |
| v. | **Government's Motion to Amend Complex Case Schedule (ECF No. 147)** |
| **Defendant [1]**, *et al.* | |
| Defendants. | |

The United States of America, by and through STEVEN W. MYHRE, Acting United States Attorney, CHAD W. MCHENRY, Assistant United States Attorney, and CATHERINE DICK, Trial Attorney, moves to amend the Complex Case Schedule filed on April 20, 2012, and approved by the Court on April 24, 2012.

It has been discovered that the defendants' obligation to provide reciprocal discovery of their expert witnesses under Rule 16 was omitted in error. This motion is made to modify the schedule as to any defendants that have not yet made their initial appearance, and is not intended to modify the schedule as to any defendants that are currently before the Court as of the date of this motion.

The government moves to amend Section II, beginning on page 4, line 9, entitled "The Second Discovery Phase," to read as follows:

The parties propose that NO LATER THAN 30 DAYS BEFORE TRIAL:

a. Defendants will comply with their obligation to provide reciprocal discovery and provide all documents, objects, reports of examination and material regarding expert witnesses under Fed. R. Crim. P. 16(b)(1)(A), (B), and (C).

**DATED** this 10th day of October, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

*/ s / Chad McHenry*
―――――――――――――――――
CHAD W. MCHENRY
Assistant United States Attorney

CATHERINE DICK
Trial Attorney

# ORDER

Section II of the Complex Case Schedule, ECF No. 147, beginning on page 4, line 9, entitled "The Second Discovery Phase," is amended to read as follows:

The parties propose that NO LATER THAN 30 DAYS BEFORE TRIAL:

a. Defendants will comply with their obligation to provide reciprocal discovery and provide all documents, objects, reports of examination and material regarding expert witnesses under Fed. R. Crim. P. 16(b)(1)(A), (B), and (C).

IT IS SO ORDERED.

Dated this 11th day of October, 2017.

*George Foley Jr.*
HON. GEORGE FOLEY, JR.
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I certify that I am an employee of the United States Attorney's Office. A copy of this **GOVERNMENT'S MOTION TO AMEND COMPLEX CASE SCHEDULE (ECF NO. 147)** was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED** this 10th day of October, 2017.

/ s / Chad McHenry
_____
CHAD W. MCHENRY
Assistant United States Attorney