NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RONALD L. CHENG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
ronald.cheng@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00004-AGP-EJY |
| Plaintiff, | **Motion for Government Attorney Appearance Under Local Rule IA 11-3** |
| v. | |
| ALEXANDRU ION et. al, | **ORDER** |
| Defendant. | |

The United States of America, by and through Ronald L. Cheng, Chief, Criminal Division, Assistant United States Attorney, respectfully moves, pursuant to Local Rule IA 11-3, that Chad W. McHenry, Trial Attorney with the United States Department of Justice, Criminal Division, be permitted to appear before this Court in the above-captioned case.

Mr. McHenry is a member in good standing of the bar of the State of Washington, employed by the United States as an attorney, and, in the course and scope of his

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

his employment, has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated this 16th day of March, 2020.

Respectfully Submitted,

*/s/ Ronald L. Cheng*
RONALD L. CHENG
Chief, Criminal Division
Assistant United States Attorney

IT IS SO ORDERED: _____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: 3/17/2020