NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RONALD L. CHENG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
ronald.cheng@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ROMAN ZOLOTAREV, et al.<br><br>   Defendants. | Case No. 2:12-cr-00004-APG-EJY<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3** |

The United States of America, by and through Assistant U.S. Attorney Ronald L. Cheng, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Kelly Pearson, Deputy Chief with the United States Department of Justice, Organized Crime and Gang Section be permitted to appear before this Court in the above-captioned case.

*//*

*//*

Ms. Pearson was formerly entered as an Attorney in the above-captioned case, but was inadvertently removed from the matter. Ms. Pearson is a member in good standing of the bar of the Commonwealth of Virginia, she is employed by the United States as an attorney, and, in the course and scope of her employment, she has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated this 26th day of October 2020.

Respectfully Submitted,

*/s/ Ronald L. Cheng*
RONALD L. CHENG
Assistant United States Attorney
Chief, Criminal Division

**Order**

IT IS HEREBY ORDERED that Kelly Pearson is permitted to appear before this Court in this case.

_____
THE HON. ANDERW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: \_October 27, 2020\_\_\_\_\_